IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SHARON CLOUD,

        **Plaintiff,**

v.                                        CASE NO. 22-CV-3146-SAC

STATE OF KANSAS, et al.,

        **Defendants.**

**O R D E R**

This matter is a civil rights action filed under 42 U.S.C. § 1983. Plaintiff filed a complaint on July 18, 2022. On the same date, the Court issued a notice of deficiency (Doc. 2) ordering Plaintiff to pay the filing fee or to submit a motion to proceed without prepayment of fees. The clerk enclosed the required forms for a motion to proceed without prepayment of fees. The deadline for Plaintiff to comply with the notice of deficiency was August 17, 2022. Plaintiff failed to comply, and the Court dismissed the matter without prejudice on August 23, 2022.

Since dismissal, Plaintiff has filed three motions: an Emergency Motion to Expedite Freedom Suit (Doc. 8), an Emergency Motion of Freedom Suit (Doc. 9), and an Emergency Motion to Stop Force Medication at Larned State Hospital (Doc. 10).[1] None of the motions mention the notice of deficiency or acknowledge the dismissal of Plaintiff's lawsuit.

---

[1] Plaintiff's allegations and requested relief may be more appropriately considered in a habeas corpus action under K.S.A. 60-1501 filed in state court.

To the extent Plaintiff's motions could be construed as a request to reopen her closed case, the motions are denied. Plaintiff's case was dismissed "without prejudice" to her refiling a new action, and she has failed to make any argument as to why the Court should reopen this case after it was dismissed for failure to comply with a Court order and Plaintiff has still made no effort to comply.

**IT IS THEREFORE ORDERED THAT** Plaintiff's motions (Docs. 8, 9, and 10) are **denied.**

**IT IS SO ORDERED.**

DATED: This 31st day of August, 2022, at Topeka, Kansas.

s/ Sam A. Crow
**SAM A. CROW**
**U.S. Senior District Judge**